NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

24-241

STATE OF LOUISIANA

VERSUS

JONAHVIN D'MON LANDRY

**********

APPEAL FROM THE
14TH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 18699-18
HONORABLE G. MICHAEL CANADAY, JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Shannon J. Gremillion, Van H. Kyzar, and Gary J. Ortego, Judges.

APPEAL DISMISSED.

Honorable Stephen C. Dwight
Fourteenth Judicial District Attorney
P.O. Drawer 3206
Lake Charles, LA  70602
COUNSEL FOR APPELLEE:
　　　State of Louisiana

Jonahvin D'mon Landry - DOC #743455
Tensas Parish Detention Center
8606 Highway 65
Waterproof, LA  71375
COUNSEL FOR APPELLANT:
　　　Defendant

**GREMILLION, Judge**.

Defendant, Jonahvin D'mon Landry, pled guilty to home invasion, a violation of La.R.S. 14:62.8, and two counts of second degree battery, a violation of La.R.S. 14:34.1 on April 22, 2019. On the home invasion conviction, Defendant was ordered to serve fifteen years with credit for time served, ten years suspended, and three years' supervised probation upon release to probation. On each count of second degree battery, Defendant was ordered to serve five years, concurrent to the five years on the home invasion conviction.

Defendant's probation was revoked by the trial court on February 8, 2023, and the original sentence was imposed.

On April 4, 2023, Defendant filed a "Memorandum in Support of Post Conviction Relief." An Order was signed on June 15, 2023, denying relief.

On July 31, 2023, Defendant filed a "Notice of Appeal and Request for Transcripts." An Order signed on October 10, 2023, stated, "Petitioner could file his appeal with the clerk of court for the Third Circuit Court of Appeal in accordance with Louisiana Code of Criminal Procedure article 915."

The record was lodged with this Court on May 8, 2024. On May 9, 2024, this Court issued a rule to show cause why the appeal in this case should not be dismissed as the judgment at issue is not appealable. Defendant was given until June 3, 2024, to file a brief.

As of June 21, 2024, no brief has been received from Defendant.

Louisiana Code of Criminal Procedure Article 912(C)(1) provides the right of judicial review by application to the court of appeal for a writ of review when a judgment is not appealable. The probation revocation judgment at issue in the pending appeal is not an appealable judgment. La.Code Crim.P. art. 912.1; *State v. Fort*, 13-933 (La.App. 3 Cir. 11/13/13) (unpublished opinion).

Ordinarily, this court would give Defendant an opportunity to file a writ application seeking review of the probation revocation; however, Defendant filed a pro se writ application from his probation revocation on January 8, 2024, which is pending with this court.

Accordingly, the appeal is dismissed.

**APPEAL DISMISSED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.

2